In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-05-051 CV


____________________



THOMAS GARNER d/b/a LAWNTECH LANDSCAPING SERVICES, Appellant



V.



SALVADOR RANGEL, Appellee






On Appeal from the 1-A District Court


Jasper County, Texas


Trial Cause No. 25307






MEMORANDUM OPINION


 The appellant, Thomas Garner d/b/a Lawntech Landscaping Services, filed a motion
to dismiss this appeal. The appellant alleges he no longer desires to prosecute this appeal
because the parties have settled their dispute. The Court finds that this motion is
voluntarily made by the appellant prior to any decision of this Court and should be
granted. Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. The motion
to dismiss is granted and the appeal is therefore dismissed.

 APPEAL DISMISSED. 

 ___________________________

 DAVID GAULTNEY

 Justice

Opinion Delivered January 19, 2006

Before McKeithen, C.J., Gaultney and Horton, JJ.